No. D–1224. IN RE DISBARMENT OF LINN. It is ordered that Michael S. Linn, of Hartsdale, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within

40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.